UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA CAMPA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 24-cv-00576-EKL   (SVK)<br><br>**ORDER FOLLOWING JANUARY 14, 2025 DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 46-53, 55 |

The Court held a discovery hearing by Zoom on January 14, 2025 to address the Parties' discovery dispute concerning a Rule 30(b)(6) deposition of Defendant (Dkt. 46) and to provide guidance to the Parties on their discovery disputes regarding written discovery (Dkt. 47-53, 57), which the Court has stricken subject to the Parties' further meet and confer efforts (Dkt. 54, 56). In sum, these disputes all seek to compel further discovery from Defendant. The Court's guidance and reasoning is as stated on the record, and the Court provides the following summary for the convenience of the Parties.

The Court finds the following categories of discovery, as limited per the discussion at the hearing, relevant and proportional to the needs of this case. Accordingly, Defendant shall provide the information described below:

- **Training materials and training sessions** regarding contestable claims during the relevant time period.

    Defendant does not need to identify everyone who attended any training session, but as to the individuals were involved in Plaintiff's claim, Defendant is to identify which sessions, if any, they attended.

    Defendant will produce training materials for the "joint training" session held for the Claims and Risk teams during the relevant time period.

- **Pilot Program:** Defendant is to provide information regarding when and why the program was developed.

- **Statistics** that identify the number of investigations of contestable claims during the relevant time period and, of those investigations, how many resulted in the rescindment of a policy. This is the only "statistical" information Defendant is obligated to provide. All other requests directed to statistics are denied.

    Similarly, requests for additional information regarding denied claims and/or rescinded policies, such as names and contact information of policy holders, are denied.

- **The Department of Labor Settlement Agreement** is to be authenticated by Defendant.

- **The last known addresses** of the individuals on Plaintiff's list of deponents.

- **Criteria for bonuses and raises,** but not what bonuses or raises specific individuals received.

- **Producer guidelines** in effect during the relevant time period.

Except as specified above, the Court concludes that the other categories in dispute, including categories seeking information about other lawsuits and Defendant's attendees at depositions, are not proportional to the needs of this case.

Defendant is to collect responsive documents in the categories listed above and prepare supplemental written responses to existing requests for production either identifying the documents produced or stating that there are no responsive documents. Plaintiff is to promptly identify interrogatories that cover the categories, to which Defendant will respond. Plaintiff may not propound any new discovery requests.

Defendant must complete further production and serve any supplemental discovery responses **no later than January 28, 2025.** The Parties are relieved of the obligation set forth in Dkt. 54 that they file a further joint statement. The Parties must engage in a robust meet and confer on any discovery disputes that remain after completion of the actions set forth in this order, and any unresolved disputes must be promptly presented in a single joint statement and joint chart that complies with the page limits and other requirements of the undersigned's Civil and

Discovery Referral Matters Standing Order. If any such disputes are presented, the Court will set an in-person hearing at which counsel must be prepared to spend the entire business day to receive further guidance and to meet and confer under Court supervision to resolve the outstanding disputes.

**SO ORDERED.**

Dated: January 14, 2025

SUSAN VAN KEULEN
United States Magistrate Judge