ROBERT J. ROSATI, California State Bar #112006
robert@erisalg.com
RAQUEL M. BUSANI, California State Bar #323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
*CORINA CAMPA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORINA CAMPA,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br><br>             Defendant. | CASE NO.: 5:24-cv-00576-EJD<br><br>**PLAINTIFF'S INDEX OF AND DOCUMENTARY EXHIBITS IN SUPPORT OF HER MOTION FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>**Date:**     April 29, 2025<br>**Time:**     2:00 p.m.<br>**Location:**  San Jose Courthouse,<br>280 South First Street, San Jose, CA 95113<br>**Courtroom:** 7, 4th Floor<br>**Judge:**    Eumi K. Lee |

NOTICE IS HEREBY GIVEN that Plaintiff, Corina Campa, hereby provides her Index of Exhibits used in support of her motion for summary adjudication of the issues and attaches exhibits hereto, which Exhibits are authenticated in either the Declaration of Robert J. Rosati or the Declaration of Corina Campa, or both, as follows:

///

///

///

///

///

| Exhibit No. | Description |
|---|---|
| 1 | Underwriting Review Request Tracking (Entries dated: 10/27/22, 10/31/22, 2/28/23, 3/21/23, 3/7/23, 3/22/23) |
| 2 | Memo by LaRae Husmann, dated 10/31/22 |
| 3 | Annotation Summary Page (Entries dated: 2/24/23, 3/2/23) |
| 4 | Annotation Summary Page (Entries dated: 2/28/23, 3/2/23, 3/7/23) |
| 5 | 2nd Review Memo by LaRae Husmann, dated 3/2/22 |
| 6 | Annotation Summary Page (Entry dated: 3/7/23) |
| 7 | Annotation Summary Page (Entries dated: 7/18/22, 9/21/22, 3/7/23) |
| 8 | Additional Review Memo by LaRae Husmann, dated 3/22/23 |
| 9 | Underwriting Review Request Tracking (Entries dated: 10/27/22, 10/31/22, 2/28/23, 3/2/23, 3/7/232, 3/22/23, 3/30/23) |
| 10 | Annotation Summary Page (Entries dated: 7/18/22, 9/21/22, 10/31/22, 3/7/23, 3/22/23) |
| 11 | Additional Review Memo by LaRae Husmann, dated 3/30/23 |
| 12 | Underwriting Review Tracking (3 entries dated: 2/22/23, 3/30/23, 9/7/23) |
| 13 | Work Management Policy Business Event Inquiry |
| 14 | Work Management Policy Detail |
| 15 | New Biz Repl/Conv Worksheet, dated 12/28/2020 |
| 16 | Instant ID Verification, dated 12/29/20 |
| 20 | Individual Life Insurance Application, 12/30/20 |
| 34 | Annotation Summary Page (19 entries: dates between 1/31/22 – 12/23/22) |
| 35 | Annotation Summary Page (11 entries: dates between 2/28/23 – 7/18/23) |
| 37 | March 28, 2023, letter to Ruben Garcia, Jr., from United's Tom Johnson, Investigator |
| 38 | Letter from Ruben Garcia to Tom Johnson, dated 3/29/2023 |
| 41 | Letter dated April 18, 2023, from United's Individual Life Claims to Corina Campa |
| 42 | eSignature Data Page/ Annotation Summary (4 entries: by Michelle Heim, all dated 8/25/23) |
| 43 | September 8, 2023, letter to Robert J. Rosati signed by Vanessa Frank |
| 56 | Zuckerberg San Francisco General Hospital Medical Record, dated 08/08/2016 |
| 57 | Regulatory Affairs Producer Incidents by Producer Number |
| 60 | Parameds.com-Medical Records of Regional Medical Center-San Jose |
| 72 | June 27, 2023, letter from Robert J. Rosati to Denise Yates |

**PLAINTIFF'S LIST OF EXHIBITS AND ATTACHED EXHIBITS USED IN SUPPORT OF HER MOTION FOR SUMMARY ADJUDICATION OF THE ISSUES**

| Exhibit No. | Description |
|---|---|
| 74 | July 19, 2023, letter from Robert J. Rosati to Denise Yates |
| 76 | United's Responses to Interrogatories, Set No. One |
| 80 | 08-25-2023 Email exchange between Michelle Heim and Vanessa Frank |
| 81 | 08/25/23 – 08/29/23 email exchange between Vanessa Frank and Tom Johnson |
| 85 | 03-23-30-23 Email exchange between Tom Johnson-Denise Yates |
| 86 | 04-18-23 Email to Financial Crimes (cc LifeClaims) from Denise Yates |
| 87 | Single Case Details: Case No. 193, 173 |
| 88 | 04-18-23 Letter to Ruben Garcia from Tom Johnson |
| 89 | 08-25-23 Email from Tom Johnson to Vaness Frank |
| 91 | Completed and submitted Life Insurance Claim Statement by Corina Campa, signed on 04/01/2022 |
| 92 | Robert J. Rosati's August 11, 2023, letter to United of Omaha's general counsel, Nancy Crawford. |
| 93 | August 15, 2023, email from Dave Barron to Robert Rosati acknowledging receipt of the August 11, 2023, letter to Nancy Crawford and receipt of the uncashed check issued to Ms. Campa, dated 4/18/23. |
| 94 | Stipulation Re: Authentication of Documents Produced by Defendant United of Omaha Life Insurance Company, executed December 23, 2024. |
| 226-A | Relevant excerpt of United's Policy No. BU3032410, issued to Corina Campa. |
| 227 | Letter dated January 3, 2022, from United's Individual Life Claims to Corina Campa. |
| 228 | Letter dated January 7, 2022, from United's Shannon Hite, Chief Customer Service Officer, to Corina Campa. |
| 229 | Letter dated January 31, 2022, from United's Individual Life Claims o Corina Campa. |
| 230 | Letter dated March 1, 2022, from United's Individual Life Claims to Corina Campa |
| 231 | Letter dated March 31, 2022, from United's Individual Life Claims to Corina Campa. |
| 232 | Letter dated April 22, 2022, from United's Individual Life Claims to Corina Campa. |
| 233 | Letter dated May 24, 2022, from United's Individual Life Claims to Corina Campa. |
| 234 | Letter dated July 11, 2022, from United's Individual Life Claims to Corina Campa. |
| 235 | Letter dated July 12, 2022, from United's Shannon Hite, Chief Customer Service Officer, to Corina Campa. |

| Exhibit No. | Description |
|---|---|
| 236 | Letter dated September 23, 2022, from United's Individual Life Claims to Corina Campa. |
| 237 | Letter dated October 18, 2022, from United's Individual Life Claims to Corina Campa, concerning Corina Campa's claim for life insurance death benefits. |
| 238 | Letter dated November 8, 2022, from United's Individual Life Claims to Corina Campa. |
| 239 | Letter dated December 5, 2022, from United's Individual Life Claims to Corina Campa. |
| 240 | Letter dated December 20, 2022, from United's Individual Life Claims to Corina Campa. |
| 241 | Letter dated December 21, 2022, from United's Individual Life Claims to Corina Campa. |
| 242 | Letter dated January 6, 2023, from United's Individual Life Claims to Corina Campa. |
| 243 | Letter dated February 1, 2023, from United's Individual Life Claims to Corina Campa. |
| 244 | Letter dated February 28, 2023, from United's Individual Life Claims to Corina Campa. |
| 245 | Letter dated March 24, 2023, from United's Individual Life Claims" to Corina Campa. |
| 264 | Excerpt of the deposition transcript of Theresa Daniel, taken on August 26, 2024. |
| 265 | Excerpt of the deposition transcript of Vanessa Frank, taken on September 24, 2024. |
| 266 | Excerpt of the deposition transcript of Leslie Handy, taken on July 30, 2024. |
| 267 | Excerpt of the deposition transcript of Michelle Heim, taken on July 26, 2024. |
| 268 | Excerpt of the deposition transcript of LaRae Husmann June 11, 2024, taken on June 11, 2024. |
| 269 | Excerpt of the deposition transcript of Thomas Johnson, taken on October 15, 2024. |
| 270 | Excerpt of the deposition transcript of Denise Yates, taken on September 25, 2024. |
| 271 | Plaintiff Corina Campa's Expert Disclosure (without reports). |

DATED:  February 11, 2025

By:     /s/ Robert J. Rosati
Robert J. Rosati, Esq.

Attorneys for Plaintiff, *Corina Campa*

<u>**CERTIFICATE OF SERVICE**</u>

STATE OF CALIFORNIA, COUNTY OF FRESNO

I, **LEANNE CAPUCHIN**, certify and declare as follows:  I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 6485 N. Palm Avenue, Suite 105, Fresno, California 93704.

I hereby certify that on **February 11, 2025**, I served the foregoing documents described as: **PLAINTIFF'S LIST OF EXHIBITS AND ATTACHED EXHIBITS USED IN SUPPORT OF HER MOTION FOR SUMMARY ADJUDICATION OF THE ISSUES** on the interested parties as follows:

Robert E. Hess, Esq.
rhess@maynardnexsen.com                     *Attorneys for Defendant, UNITED OF*
Karen T. Tsui, Esq.                                         *OMAHA INSURANCE COMPANY*
ktsui@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Ste. 550
Los Angeles, CA 90067

[ X ]    **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means  by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.  I served those parties who are not registered participants of the ECF System as indicated below.

[ ]    I placed the [ ] original / [ ] a true copy thereof enclosed in a sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by:
        [ ] U.S. POSTAL SERVICE [   ] OVERNIGHT DELIVERY

[ ]    BY EMAIL: I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on **February 11, 2025**, at Fresno, California.


        /s/ *Leanne K. Capuchin*
        LEANNE K. CAPUCHIN

**PLAINTIFF'S LIST OF EXHIBITS AND ATTACHED EXHIBITS USED IN SUPPORT OF HER MOTION FOR SUMMARY ADJUDICATION OF THE ISSUES**