ROBERT HESS (SBN 178042)
rhess@maynardnexsen.com
KAREN T. TSUI (SBN 305869)
ktsui@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310-596-4500

Attorneys for Defendant
United of Omaha Life Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CORINA CAMPA,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 5:24-cv-00576-NW-SVK<br><br>(Honorable Noel Wise)<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PARTIES' DISPOSITIVE MOTIONS**<br><br>Date:      May 28, 2025<br>Time:      9:00 a.m.<br>Crtrm:     3<br><br>Complaint Filed:   1/31/24 |

Plaintiff Corina Campa ("Plaintiff") and Defendant United of Omaha Life Insurance Company ("United"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.    WHEREAS, the parties have filed their respective opening briefs in support of cross-dispositive motions that were previously scheduled to be heard on April 29, 2025.

2.    WHEREAS, following the reassignment to Judge Wise, the Court rescheduled the hearing on the parties' motions to May 28, 2025.

3.    WHEREAS, in light of the new hearing date, the parties seek and agree to continue the remaining briefing deadlines as set forth below:

| Description: | Old Deadline: | New Deadline |
| --- | --- | --- |
| Deadline for Plaintiff to file her Response Brief/Reply Brief | March 18, 2025 | April 17, 2025 |
| Deadline for Defendant to file its Reply Brief | April 1, 2025 | May 7, 2025* |

*This date is 21 days before the hearing on the parties' motions.

This modification does not change any other deadlines.

**IT IS SO STIPULATED.**

DATED:    March 18, 2025                    MAYNARD NEXSEN LLP


                                                        By:  /s/ Robert E. Hess
                                                            ROBERT E. HESS
                                                            KAREN T. TSUI
                                                            Attorneys for Defendant
                                                            United of Omaha Life Insurance Company

/ / /

/ / /

/ / /

/ / /

DATED:    March 18, 2025                          ERISA LAW CENTER


                                         By:  /s/ Robert J. Rosati
                                              ROBERT J. ROSATI
                                              RAQUEL M. BUSANI


                                              Attorneys for Plaintiff
                                              Corina Campa


## ATTESTATION

Pursuant to Northern District of California Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

                                              /s/ Robert Hess
                                              Robert Hess

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PARTIES' DISPOSITIVE MOTIONS
5:24-cv-00576-NW-SVK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

| | |
|---|---|
| CORINA CAMPA,<br><br>               Plaintiff,<br><br>   vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>               Defendant. | Case No. 5:24-cv-00576-NW-SVK<br><br>(Honorable Noël Wise)<br><br>[PROPOSED] **ORDER MODIFYING BRIEFING SCHEDULE FOR PARTIES' DISPOSITIVE MOTIONS**<br><br>Complaint Filed:  1/31/24 |

Pursuant to the Stipulation of the Stipulation of the parties to modify the briefing schedule for the parties' cross- dispositive motions, and for good cause shown, IT IS HEREBY ORDERED as follows:

Plaintiff shall have until April 17, 2025 to file her response/reply brief; and

Defendant shall have until May 7, 2025 to file its reply brief.

**IT IS SO ORDERED.**

DATED:    **March 19, 2025**

HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

1